THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN FORMATO, JAMES MORELLO, PASQUALE LEPORE and HUGO TORRE, Respondents.

Argued January 4, 1956; decided February 9, 1956.

*Harry Margolis, District Attorney (Louis M. Greenblott* of counsel), for appellant.

*Remo A. Allio* for John Formato and Hugo Torre, respondents.

*A. Jack Rappaport* for James Morello and Pasquale Lepore, respondents.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.